UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: ) CASE NO. 85-00486
)
Kenneth M. Gozur )
) ORDER FOR PAYMENT
Debtor ) OF UNCLAIMED FUNDS
)

FILED AND ENTERED
NOV - 5 2003
Denise H. Curtis, Clerk -
U.S. Bankruptcy Court for D.C.

There having been a dividend check in the above named case issued to Barry Stiller whose mailing address is 1101 Reservoir St., Apt 323, Waynesboro, VA 22980-4176, in the amount of $19,706.60, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the claimant listed above and claimant having made service on the United States Attorney on _10-23-03_ :

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to Barry Stiller, c/o The Financial Resources Group, Inc. at 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345, unclaimed money in the amount of $19,706.60 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

Dated: _November 3, 2003_

_____
UNITED STATES BANKRUPTCY JUDGE

Prepared By: Larry L. Moses, General Manager
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345
Federal Tax ID: 91-1592987

cc: US Attorney          US Trustee                        Case Trustee
    555 4th St., NW      115 S. Union St.,#210,Pza Level   Marc E. Albert
    Washington, DC. 2001 Alexandria, VA. 22314             1150 18th St. NW, Suite 800
                                                          Washington, D.C. 20036-3816

Barry Stiller
1101 Reservoir St.
Apt. 323
Waynesboro, VA
22980-4176

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0090-1           User: tyson              Page 1 of 1              Date Rcvd: Nov 05, 2003
Case: 85-00486                 Form ID: pdf001          Total Served: 3

The following entities were served by first class mail on Nov 07, 2003.
smg         U.S. Attorney's Office,   Civil Division - Judiciary Ct. Building,   555 4th St., N.W.,   4th Floor,
               Washington, DC  20001-2733
            Barry Stiller,   1101 Reservoir St.,   Apt. 323,   Waynesboro, VA  22980
            Marc Albert,   1150 18th St., NW, Ste 800,   Washington, DC  20036

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        U.S.Trustee
                                                                                                 TOTALS: 1, * 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Nov 07, 2003**          Signature:   _Joseph Speetjens_