

STINSON
MORRISON
HECKER LLP

Marc E. Albert

www.stinsonmoheck.com

**FILED**

AUG 2 7 2002

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

1150 18th Street N.W., Suite 800
Washington, D.C. 20036-3816

*Tel* (202) 785-9100
*Fax* (202) 785-9163

August 19, 2002

Registry of the Court
US Bankruptcy Court
333 Constitution Avenue, NW
Washington, DC 20001

Re:   Kenneth M. Gozur, Bankruptcy Case No. 85-00486

Dear Sir or Madam:

Enclosed please find a check for $27,431.93 which represents unclaimed funds in the above-captioned case. The unclaimed funds are as follows:

| | | | |
|---|---|---|---:|
| 1. | Haggerty & Eisenhower, Claim No. 4 | $ | 784.90 |
| 2. | Frank Martell, Claim No. 7 | $ | 1,869.44 |
| 3. | Security National Bank, Claim No. 9 | $ | 1,646.00 |
| 4. | Barry Stiller, Claim No. 2 | $ | 19,706.60 |
| 5. | Laura Chaerry, Claim No. 3 | $ | 2,022.91 |
| 6. | John Mitchell, Claim No. 8 | $ | 186.94 |
| 7. | Brandon Hill, Claim No. 5 | $ | 1,215.14 |
| | TOTAL | $ | 27,431.93 |

Sincerely,

**STINSON MORRISON HECKER LLP**

*/s/*

Marc E. Albert, Chapter 7 Trustee

Enclosure

KANSAS CITY
LEAWOOD
OMAHA
OVERLAND PARK
PHOENIX
ST LOUIS
WASHINGTON, D.C.
WICHITA