The document below is hereby signed.

Signed: January 19, 2011.



_____
        S. Martin Teel, Jr.
        United States Bankruptcy Judge

            UNITED STATES BANKRUPTCY COURT
            FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
KENNETH GOZUR,                 )      Case No. 85-00486
                               )      (Chapter 7)
                Debtor.        )      **Not for Publication in**
                               )      **West's Bankruptcy Reporter**


            MEMORANDUM DECISION AND ORDER
        RE APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

        The Application for Release of Unclaimed Funds filed by

Brandon Hill on October 20, 2010, includes no verified statement

by Mr. Hill certifying that his claim has not been satisfied from

other sources, and that the amount of the claim that remains

unpaid is equal to or exceeds the amount of the unclaimed funds.

        This is a 1985 case.  The trustee deposited the unclaimed

funds in 1992, more than a decade ago.  We know that the check

issued by the trustee to Mr. Hill went uncashed, but the

Application sets forth no reason why the check went uncashed.

The creditor could have received payment of the debt by the date

the check went uncashed (which would explain why the check was

not cashed) or by a later date: he could have received payment of

the creditor's claim from some co-debtor; the debtor could have

voluntarily repaid the debt; and the creditor could have enforced
a lien on non-estate property or a right of setoff.  It is thus

ORDERED that within 35 days after entry of this order, the
applicant shall supplement his Application by filing a
declaration executed under penalty of perjury that sets forth to
the best of the declarant's ability why the check from the
trustee went uncashed and that attaches the latest account
records showing that the claim remains unpaid in an amount equal
to or exceeding the unclaimed funds (or an explanation of how the
declarant knows that the claim remains unpaid to that extent even
though account records are unavailable).


[Signed and dated above.]

Brandon Hill
c/o Dilks & Knopik, LLC
P.O. Box 2728
Issaquah, WA 98027-0125